ORIGINAL

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
ABRAHAM C. MELTZER, AUSA
Deputy Chief, Civil Fraud Section
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7155|F: 213.894.7819
    Email: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

FILED 2019 OCT -8 AM 11:23 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 16-03767 PSG (FFMx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]** |

ORIGINAL

```
 1  NICOLA T. HANNA
    United States Attorney
 2  DAVID M. HARRIS, AUSA
    Chief, Civil Division
 3  DAVID K. BARRETT, AUSA
    Chief, Civil Fraud Section
 4  ABRAHAM C. MELTZER, AUSA
    Deputy Chief, Civil Fraud Section
 5  California State Bar No. 162659
         Room 7516, Federal Building
 6       300 N. Los Angeles Street
         Los Angeles, California 90012
 7       T: 213.894.7155|F: 213.894.7819
         Email: abraham.meltzer@usdoj.gov
 8  Attorneys for the
    United States of America
 9
```

FILED 2019 OCT -8 AM 11:23

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**, | No. CV 16-03767 PSG (FFMx) |
|---|---|
| Plaintiff[s], | NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION |
| v. | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]** |
| **[UNDER SEAL]**, | |
| Defendant[s]. | |

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
ABRAHAM C. MELTZER, AUSA
Deputy Chief, Civil Fraud Section
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7155|F: 213.894.7819
    Email: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* REGIE SALGADO and MELINDA ZAMBRANO,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRUCONNECT, NATHAN JOHNSON, and MATTHEW JOHNSON,<br><br>    Defendants. | No. CV 16-03767 PSG (FFMx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]** |

**NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") notifies the Court of its decision not to intervene in the above-captioned action ("this action").

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the *qui tam* plaintiffs, Regie Salgado and Melinda Zambrano (the "relators"), to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Accordingly, should either the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the United States respectfully requests that the parties notify the United States of the same, and that the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court in this action be sent to the United States' counsel. The United States reserves its right to order any

deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of this action or any claims therein. The United States also requests that it be served with all notices of appeal in this action.

The Court has previously ordered that this case remain under seal until January 17, 2020, because the State of California is continuing to investigate the action. Therefore, the United States is not requesting that the Complaint be unsealed or served at this time. When California notifies the Court of its decision whether to intervene, the United States will then file a request that the Complaint be unsealed and served.

Respectfully submitted,

Dated: October 7, 2019

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section

_____
ABRAHAM C. MELTZER, AUSA
Deputy Chief, Civil Fraud Section
Attorneys for the United States
Of America

**PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On October 8, 2019, I served the **NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION** on each person or entity named below by e-mail.

Date of e-mailing: October 8, 2019. Place of e-mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to whom e-mailed:**

**SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: October 8, 2019, at Los Angeles, California

*/s/ Carol Ybarra*
CAROL YBARRA

3

**SERVICE LIST**

<u>State of California</u>
David A. Eligator
Deputy Attorney General
California Department of Justice
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102
e-mail: **David.Eligator@doj.ca.gov**

<u>Relators</u>
R. Scott Oswald
e-mail: **SOswald@employmentlawgroup.com**
Paul Smiskol
e-mail: **PSmiskol@employmentlawgroup.com**
Janel Quinn
e-mail: **JQuinn@employmentlawgroup.com**
The Employment Law Group, P.C.
888 17th Street NW
9th Floor
Washington, DC 20006

