| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | XAVIER BECERRA<br>Attorney General of California<br>JACQUELINE DALE<br>Supervising Deputy Attorney General<br>DAVID A. ELIGATOR<br>Deputy Attorney General<br>State Bar No. 172690<br>    455 Golden Gate Avenue, Suite 11000<br>    San Francisco, CA 94102-7004<br>    Telephone: (415) 510-3445<br>    Fax: (415) 703-5480<br>    E-mail: David.Eligator@doj.ca.gov<br>*Attorneys for the People of the State of California* |

FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. [UNDER SEAL],<br><br>                             Plaintiff(s),<br><br>v.<br><br>[UNDER SEAL],<br><br>                             Defendant(s). | Case No. CV16-03767 PSG (FFMx)<br><br>NOTICE OF ELECTION BY THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3), AND THE CALIFORNIA FALSE CLAIMS ACT, CAL. GOV. CODE §§ 12652(c)(2) AND (5)]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

///

///

///

///

1

XAVIER BECERRA
Attorney General of California
JACQUELINE DALE
Supervising Deputy Attorney General
DAVID A. ELIGATOR
Deputy Attorney General
State Bar No. 172690
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
    Telephone: (415) 510-3445
    Fax: (415) 703-5480
    E-mail: David.Eligator@doj.ca.gov
*Attorneys for the People of the State of California*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. REGIE SALDADO and MELINDA ZAMBRANO,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUCONNECT, NATHAN JOHNSON, and MATTHEW JOHNSON<br><br>    Defendants. | Case No. CV16-03767 PSG (FFMx)<br><br>NOTICE OF ELECTION BY THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3), AND THE CALIFORNIA FALSE CLAIMS ACT, CAL. GOV. CODE §§ 12652(c)(2) AND (5)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

///

///

///

///

Pursuant to the California False Claims Act, Cal. Gov. Code § 12652(c)(6), the People of the State of California ("California") notifies the Court of its decision not to intervene in the above-captioned action ("this action"). On or about October 7, 2019, pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") previously filed its Notice of Election to Decline Intervention.

Although the United States and California (collectively, "Governments") decline to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the qui tam plaintiffs Regie Salgado and Melinda Zambrano (collectively, "Relators") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the Governments request that, should either the Relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties provide the Governments with notice of the same, and the Court provide the Governments with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3) and Cal. Gov. Code § 12652(f)(1), the Governments request that all pleadings filed in this action be served upon the Governments; the Governments also request that orders issued by the Court in this action be sent to the Governments' counsel. The Governments reserve their right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of this action or any claims therein. The Governments also request that they be served with all notices of

appeal in this action.

Finally, California, the United States, and the Relators stipulate that the Relators' Complaint, this Notice, the Notice of Election by the United States to Decline Intervention, and the accompanying proposed Order should be unsealed. California, the United States, and the Relators further stipulate that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the methods, content and extent of the Governments' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended. *See, United States ex rel. O'Keefe v. McDonnell Douglas Corp.*, 902 F.Supp. 189 (E.D. Mo. 1995) (ordering, after government's intervention decision, that the seal be maintained on the government's previously-filed motions for extensions of time and accompanying memoranda and affidavits that provided "some substantive details" regarding government's method of investigation).

A proposed order is lodged concurrently herewith.

Dated: May 14, 2020          Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JACQUELINE DALE
Supervising Deputy Attorney General

*/s/*

DAVID A. ELIGATOR
Deputy Attorney General
Attorneys for the People of the State of California

Dated: May __11, 2020

NICOLA T. HANNA
United States Attorney
DAVID A. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section

*/s/ Abraham C. Meltzer*

ABRAHAM C. MELTZER, AUSA
Deputy Chief, Civil Fraud Section
Attorneys for the United States of America

Dated: May /3, 2020

SANFORD FIRM

*/s/ Brian P. Sanford*

BRIAN P. SANFORD
DAVID NORRIS
Attorneys for Relators

SF2016301129
ACM signed.14534475.docx

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Salgado v. TruConnect (UNDER SEAL)**

Case No.:    **CV16-03767**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>May 14, 2020</u>, I served the attached

### NOTICE OF ELECTION BY THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

**Brian P. Sanford, Esq.**
**David B. Norris, Esq.**
The Sanford Firm
1910 Pacific Avenue
Dallas, TX 75201

**Kelli D. Burritt, Esq.**
Winer, McKenna & Burritt, LLP
21700 Oxnard Street, Suite 2070
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 14, 2020, at San Francisco, California.

| Pauline Santamaria | *[signature]* |
|---|---|
| Declarant | Signature |

SF2016301129