XAVIER BECERRA
Attorney General of California
JACQUELINE DALE
Supervising Deputy Attorney General
DAVID A. ELIGATOR
Deputy Attorney General
State Bar No. 172690
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
    Telephone: (415) 510-3445
    Fax: (415) 703-5480
    E-mail: David.Eligator@doj.ca.gov
*Attorneys for the People of the State of California*

Notice has been delivered by First Class U.S. Mail to all counsel (or parties) at their last known address of record in this action on this date

Date: May 19 2020, 9:26 am

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. [UNDER SEAL],<br><br>                          Plaintiff(s),<br><br>v.<br><br>[UNDER SEAL],<br><br>                          Defendant(s). | Case No. CV16-03767 PSG (FFMx)<br><br>[PROPOSED] ORDER RE ELECTION BY THE UNITED STATES AND THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND UNSEALING OF CASE<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3), AND THE CALIFORNIA FALSE CLAIMS ACT, CAL. GOV. CODE §§ 12652(c)(2) AND (5)]<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |

///

///

///

1

1  XAVIER BECERRA
   Attorney General of California
2  JACQUELINE DALE
   Supervising Deputy Attorney General
3  DAVID A. ELIGATOR
   Deputy Attorney General
4  State Bar No. 172690
       455 Golden Gate Avenue, Suite 11000
5      San Francisco, CA 94102-7004
       Telephone: (415) 510-3445
6      Fax: (415) 703-5480
       E-mail: David.Eligator@doj.ca.gov
7  *Attorneys for the People of the State of California*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. REGIE SALDADO and MELINDA ZAMBRANO,<br><br>Plaintiffs,<br><br>v.<br><br>TRUCONNECT, NATHAN JOHNSON, and MATTHEW JOHNSON<br><br>Defendants. | Case No. CV16-03767 PSG (FFMx)<br><br>[PROPOSED] ORDER RE ELECTION BY THE UNITED STATES AND THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND UNSEALING OF CASE<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3), AND THE CALIFORNIA FALSE CLAIMS ACT, CAL. GOV. CODE §§ 12652(c)(2) AND (5)]<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |

26  ///
27  ///
28  ///

2

The United States of America ("United States") and the People of the State of California ("California") having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B) and Cal. Gov. Code§ 12652(c) (6,) and the United States, California, and qui tam plaintiffs Regie Salgado and Melinda Zambrano (the "Relators") having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted as to the Complaint, this Order, the Notice by California to Decline Intervention and Stipulation re Unsealing of Case, and the Notice of Election by the United States to Decline Intervention.

2. The Relators shall serve defendants with the Complaint, this Order, the Notice of Election by California to Decline Intervention and Stipulation re Unsealing of Case, and the Notice of Election by the United States to Decline Intervention;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States and California as provided for in 31 U.S.C. § 3730(c)(3) and Cal. Gov. Code § 12652(f)(1);

///
///
///
///
///

6. Should the Relators or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States and California with notice of the same and the Court will provide the United States and California with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: 5/15/2020

_____
UNITED STATES DISTRICT JUDGE

SF2016301129

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Salgado v. TruConnect (UNDER SEAL)**

Case No.:   **CV16-03767**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On May 14, 2020, I served the attached

**[PROPOSED] ORDER RE ELECTION BY THE UNITED STATES AND THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND UNSEALING OF CASE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

**Brian P. Sanford, Esq.**
**David B. Norris, Esq.**
The Sanford Firm
1910 Pacific Avenue
Dallas, TX 75201

**Kelli D. Burritt, Esq.**
Winer, McKenna & Burritt, LLP
21700 Oxnard Street, Suite 2070
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 14, 2020, at San Francisco, California.

|  |  |
|---|---|
| Pauline Santamaria | *Pauline Santamaria* |
| Declarant | Signature |

SF2016301129