Kelli D. Burritt, Esq. SBN 192397
kelli@wmlawyers.com
**WINER, BURRITT & TILLIS LLP**
21700 Oxnard, Suite 2070
Woodland Hills, California 91367
Telephone: (818) 697-6201
Fax: (877) 641-0824

Brian P. Sanford, Esq., Pro Hac Vice, Tex. SBN 17630700
bsanford@sanfordfirm.com
Elizabeth "BB" Sanford, Esq., Pro Hac Vice, Tex. SBN 24100618
esanford@sanfordfirm.com
**THE SANFORD FIRM**
1910 Pacific Avenue, Suite 15400
Dallas, Texas 75201
Tel (214) 717-6653
Fax (214) 919-0113

Attorneys for Plaintiffs/Relators

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| United States of America and the State of California *ex rel*, Regie Salgado and Melinda Zambrano,<br><br>Plaintiffs/Relators,<br><br>v.<br><br>TruConnect, Matthew Johnson, and Nathan Johnson,<br><br>Defendants. | Case No. CV16-03767 PSG (FFMx)<br><br>Assigned to Hon. Philip S. Gutierrez<br><br>**REVISED APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Hearing Date: July 15, 2022<br>Time: 1:30 p.m.<br>Crtrm: 6A<br><br>TAC Filed: January 4, 2021<br>SAC Filed: June 25, 2020<br>FAC Filed: June 29, 2016<br>Action Filed: May 31, 2016 |

## APPLICATION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs Melinda Zambrano and Regie Salgado file this application to file Exhibits 9 and 13 to Plaintiffs' Response to Motion for Summary Judgment under seal. Both exhibits are internal TruConnect emails that Defendant TruConnect designated confidential. Documents designated as confidential are subject to a protective order. (Dkt. #125).

This application is made following efforts by counsel to resolve the issues without the Court's intervention, as required by Local Rule 79-5(b). Plaintiffs do not believe these documents rise to the level needed to overcome the strong presumption of public access in civil cases. Defendants maintain that there is private information regarding the business and internal communications and does not agree to their public filing.

DATED: June 10, 2022

Respectfully submitted,

By:  */s Brian P. Sanford*
Brian P. Sanford
Texas Bar No. 17630700
bsanford@sanfordfirm.com
Elizabeth "BB" Sanford
Texas Bar No. 24100618
esanford@sanfordfirm.com

**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Telephone: (214) 717-6653
Fax: (214) 919-0113

| | |
|---|---|
| 1 | Kelli D. Burritt, Esq. |
| 2 | California Bar No. 192397 |
|   | kelli@wmlawyers.com |
| 3 | **WINER, BURRITT & TILLIS LLP** |
| 4 | 21700 Oxnard, Suite 2070 |
|   | Woodland Hills, California 91367 |
| 5 | Telephone: (818) 697-6201 |
|   | Fax: (877) 641-0824 |
| 6 | |
| 7 | Attorneys for Plaintiffs/Relators |