Kelli D. Burritt, Esq. SBN 192397
kelli@wmlawyers.com
**WINER, BURRITT & TILLIS LLP**
21700 Oxnard, Suite 2070
Woodland Hills, California 91367
Telephone: (818) 697-6201
Fax: (877) 641-0824

Brian P. Sanford, Esq., Pro Hac Vice, Tex. SBN 17630700
bsanford@sanfordfirm.com
Elizabeth "BB" Sanford, Esq., Pro Hac Vice, Tex. SBN 24100618
esanford@sanfordfirm.com
**THE SANFORD FIRM**
1910 Pacific Avenue, Suite 15400
Dallas, Texas 75201
Tel (214) 717-6653
Fax (214) 919-0113

Attorneys for Plaintiffs/Relators

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| United States of America and the State of California *ex rel*, Regie Salgado and Melinda Zambrano, <br>    Plaintiffs/Relators, <br><br> v. <br><br> TruConnect, Matthew Johnson, and Nathan Johnson, <br><br>    Defendants. | Case No. CV16-03767 PSG (FFMx) <br><br> **DECLARATION OF ELIZABETH "BB" SANFORD REGARDING APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

## DECLARATION OF BB SANFORD

I, Elizabeth "BB" Sanford, hereby declare and say:

1. I am an attorney duly licensed to practice in the State of Texas and admitted to appear pro hac vice on this matter before the U.S. District Court for the Central District of California. I serve as counsel of record for Plaintiffs in this matter.

2. I am more than 18 years old, of sound mind, capable of making this declaration, and fully competent to testify to the matters stated herein. I have personal knowledge of the facts stated herein, and they are true and correct.

3. I have communicated with opposing counsel, Michael Wertheim, via email and zoom regarding the need to file these documents under seal. Plaintiff maintains that these documents, Exhibits 9 and 13[1] to Plaintiffs' Response to Motion for Summary Judgment, do not rise to the level of privacy or confidentiality to overcome the strong presumption of public access in civil cases. Mr. Wertheim maintains that these documents maintain sensitive business information and Truconnect does not agree to their public filing but does not oppose a motion to file them under seal.

4. I personally served this document and Plaintiff's Application for Leave to File Under Seal to Defense counsel on June 10, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, Texas, on June 10, 2022.

                                                     */s/ BB Sanford*
                                                     Elizabeth "BB" Sanford

---

[1] My previous declaration had a typo and stated Exhibits 9 and 11. The Original Application (Dkt. # 143) stated the correct exhibit numbers.

- 2 -
DECLARATION OF ELIZABETH "BB" SANFORD      CASE NO.CV16-03767 PSG (FFMx)